CONGREGATION SHASS, ANSHE LIGMION, Respondent, v. RENA BARRINSON and HARRIS BARRINSON, Otherwise Known as HARRIS BERRENSON, Appellants.— Judgment so far as appealed from modified by inserting therein a provision to the effect that the defendant has no interest in the premises described except as expressly provided in the judgment and by eliminating from the judgment the provision which strikes out of the deed and the record thereof the conditions in controversy, and by adding thereto a provision that the judgment is without prejudice to an action at law for damages, upon the ground the pleadings and procedure at the trial did not raise an issue as to the right of the defendant to recover money damages upon breach of the conditions. The first conclusion of law disapproved and reversed and in place thereof it is found that equity requires that the conditions in the deed numbered respectively first and second, and so much of that numbered third as the court below ordered stricken out, be adjudged to be unenforcible as claims or liens against the real property in question. The judgment so far as appealed from as modified is affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MINNA M. WILBUR, Appellant, v. STUYVESANT INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANGELO PATRIZIA, Respondent, v. WILLIAM A. GARR, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Probate of the Last Will and Testament of MARY A. CRAMER, Deceased.— Decree affirmed, with costs against the appellant. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

LOUELLA C. SENF, an Infant, etc., Appellant, v. WILLIAM H. SENF and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

HENRY W. SENF, an Infant, etc., Appellant, v. WILLIAM H. SENF and Another, Respondents.— Motion granted and two appeals dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CHRISTINE SENF, Appellant, v. LILLIAN SHOEMAKER, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Taylor, and Sawyer, JJ.

MARY WINTER BOGERT, Appellant, v. ANNA POLANZ, Respondent.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JOHN A. DOYLE, Respondent, v. W. BERTRAM PAGE, Appellant.— Motion granted and appeal dismissed, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANDREW NAPORA, Appellant, v. MARY NAPORA, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Judicial Settlement of the Accounts of GEORGE S. ALLEN, as Executor, etc., of MARIAN E. PERRY, Deceased.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.